STATE of Missouri, Respondent,

v.

**Frank DEMARS, Appellant.**

**WD 78316**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 26, 2016

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Natalie T. Hull, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division Two: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

### Order

Per Curiam:

Frank Demars appeals, following a jury trial, his convictions of six counts of first-degree statutory sodomy, one count of first-degree child molestation, and one count of sexual misconduct with a child, for which he was sentenced to a total of forty-nine years' imprisonment. Demars argues that the evidence was insufficient to support his conviction of one of the six counts of first-degree statutory sodomy, and that the trial court plainly erred in excluding evidence from his girlfriend that he was repulsed by anal intercourse. Finding no error, we affirm. Rule 30.25(b).